1058

[No. 47392-5-II.   Division Two.   March 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH ARCHIE PEEBLES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-03732-9, John R. Hickman, J., entered August 22, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa and Sutton, JJ.

[No. 32707-8-III.   Division Three.   March 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN TRACY MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-01225-1, John O. Cooney, J., entered August 21, 2014. *Affirmed* by unpublished opinion per Fearing, A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[Nos. 32975-5-III; 32976-3-III;   Division Three.   March 1, 2016.]
        32977-1-III.

*In the Matter of the Parental Rights to* D.B. ET AL.

Appeals from a judgment of the Superior Court for Spokane County, No. 13-7-02127-0, James M. Triplet, J., entered November 17, 2014. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32878-3-III.   Division Three.   March 2, 2016.]

TOM G. LUTZ ET AL., *Respondents*, v. LISA A. BUFFINGTON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 09-2-00204-1, Randall Krog, J. Pro Tem., entered September 11, 2014. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown, J. Pro Tem.; Lawrence-Berrey, J., dissenting.